UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABBOTT-NORTHWESTERN HOSPITAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-795 (ESH) |
| ) | |
| MICHAEL O. LEAVITT, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the pleadings and the record, it is this 12th day of July, 2005, hereby

**ORDERED** that defendant's motion for summary judgment is **DENIED**; and it is

**FURTHER ORDERED** that plaintiff's cross-motion for summary judgment is **GRANTED**; and it is

**FURTHER ORDERED** that defendant's motion for leave to amend his answer is **DENIED** as moot; and it is

**FURTHER ORDERED** that this matter is remanded to the Provider Reimbursement Review Board for further proceedings consistent with the accompanying Memorandum Opinion.

**SO ORDERED.**

                                                               s/
                                          ELLEN SEGAL HUVELLE
                                          United States District Judge